December calendar and be ready for argument when reached; otherwise, motion granted, with costs. See, also, 150 N. Y. Supp. 1109.

ROOME, Appellant, v. CONEY ISLAND & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by William J. Roome, Jr., against the Coney Island & Brooklyn Railroad Company.

PER CURIAM. In view of the condition of the weather, it cannot be decided that plaintiff was negligent per se in failing to discover the car. But if plaintiff failed to see a car in plain view for over 100 feet, except as the storm intervened, by what rule of law may the defendant, having within the block the paramount right to the track, be deemed negligent for colliding with plaintiff in the middle of the track, where it uncontradictedly appears that the car was run at moderate or slow speed. and the bell sounded before the accident? For the reason that negligence on the part of the defendant is not shown, the judgment is unanimously affirmed, with costs.

ROOT v. BRAINARD (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1914.) Actions by Perle W. Root against John M. Brainard. No opinion. Motions denied, with $10 costs. Order filed.

ROOT, Appellant, v. FISK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by W. Russell Root against Wilbur C. Fisk and others. J. T. Hettrick, of New York City, for appellant. T. D. Thacher, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROSE et al., Respondents, v. ADLER, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Aaron Rose and another against Fannie Adler. No opinion. Judgment (147 N. Y. Supp. 307) affirmed, with costs. See Turner v. Howard, 10 App. Div. 555, 42 N. Y. Supp. 355, as to the legal effect of the recitals as to consideration in the deed of Ludlow to Timoney.

ROSENKRANTZ v. GREENHUT SIEGEL COOPER CO. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Morris Rosenkrantz against the Greenhut Siegel Cooper Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1110.

ROSENKRANTZ v. GREENHUT SIEGEL COOPER CO. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Morris Rosenkrantz against the Greenhut Siegel Cooper Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 150 N. Y. Supp. 1110.

ROSENSTEIN, Appellant, v. McCUTCHEON, Respondent. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Meyer Rosenstein against James McCutcheon. No opinion. Motion to modify the order of May 29, 1914, denied, and motion for reargument (of 163 App. Div. 922, 148 N. Y. Supp. 1141) denied, without costs.

ROSENTHAL, Respondent, v. RACHLIN, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Louis C. Rosenthal, as administrator, etc., of Henry Rosenthal, deceased, against Rose Rachlin. No opinion. Judgment and order of the County Court of Kings County affirmed, with costs.

RUPP v. STEINER et al. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by William Rupp against Henry Steiner and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1108.

RUPP v. STEINER et al. (Supreme Court. Appellate Division, First Department. November 27, 1914.) Action by Jacob Rupp, an infant, against Henry Steiner and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1109.

RYAN, Respondent, v. CLARK, Appellant. (No. 6692.) (Supreme Court, Appellate Division, First Department. December 24, 1914.) Appeal from Special Term, New York County. Action by Robert S. Ryan against Mary C. C. Clark, individually and as administratrix. From an order denying defendant's motion to compel a reply, and granting plaintiff's motion for leave to serve an amended complaint, defendant appeals. Affirmed. Gustav Gunkel, of New York City, for appellant. Warren Leslie, of New York City, for respondent.

PER CURIAM. The order allowing the plaintiff to serve an amended complaint is affirmed, with $10 costs and disbursements, without prejudice to a motion by the defendant to compel the plaintiff to reply, if he shall be so advised, after he has served an answer to the amended complaint.

SAEGER, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Estella M. Saeger, as administratrix. etc., against the Lehigh Valley Railroad Company. No opinion. Motion for leave to appeal (from 149 N. Y. Supp. 1109) to the Court of Appeals denied, with $10 costs.

SALOMON et al., Appellants, v. SCHOYER, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Siegfried Salomon and others against Herman Schoyer. R. D. Whiting, of New York City, for appellant. E. J. Blair, of New York

City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 1111.

SALOMON et al. v. SCHOYER, (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Siegfried Salomon and others against Herman Schoyer. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 150 N. Y. Supp. 1110.

SALZANO v. MARINE INS. CO., Limited. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by Rosa Salzano against the Marine Insurance Company, Limited.

PER CURIAM. Defendant's exceptions sustained, and motion for new trial granted, with costs to defendant to abide event. Held, that the issuance of the policy in question was procured through misrepresentations by plaintiff's agent of material facts as to year of manufacture and cost of car to plaintiff.

SANTOIEMMA, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Donato Santoiemma, an infant, etc., against the International Railway Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal (from 149 N. Y. Supp. 1100) to Court of Appeals denied.

SAWEY, Respondent, v. WISSER, Appellant. (Supreme Court, Appellate Division, Second Department. December 18. 1914.) Action by William Sawey, an infant, by Marenre Sawey, his guardian ad litem, against William Wisser.

PER CURIAM. Order affirmed, with $10 costs and disbursements. The complaint points out the vehicle negligently driven as the thing to which the breach of duty attaches. Pagnillo v. Mack Paving & Construction Co., 142 App. Div. 491, 494, 127 N. Y. Supp. 72.

SAXSON v. NEW YORK, O. & W. RY. CO. KLINE v. SAME. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Actions by Milton Saxson and by Francis H. Kline against the New York, Ontario & Western Railway Company. F. E. W. Darrow, of Kingston, for appellant. L. Nahemow, of New York City, for respondents. No opinion. Orders reversed, with $10 costs and disbursements, and motions granted, with $10 costs. Orders filed.

SCHAEFER, Appellant, v. MORGAN STEAM LAUNDRY CO., Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by Albin Schaefer against the Morgan Steam Laundry Company. J. A. O'Leary, of New York City, for appellant. C. D. Ridgway, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHERER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Marie Scherer against the Brooklyn Heights Railroad Company. No opinion. Judgment and order of the County Court of Queens County reversed, and new trial ordered, costs to abide the event, upon the ground that the evidence preponderatingly shows that the car was in motion when plaintiff alighted.

SCHMITT, Respondent, v. NEVINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Ethel Booth Schmitt, as executrix, etc., against William H. Nevins. No opinion. Judgment and order affirmed, with costs.

SCHNATZ et al., Respondents, v. JACKSON, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Frederick Schnatz and another against Henry H. Jackson, impleaded. C. H. Mohrmann, for appellant. F. H. Avery, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

SCHNEIDER, Respondent, v. FARLEY, State Excise Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Morris Schneider against William W. Farley, as State Excise Commissioner. No opinion. Motion for reargument (149 N. Y. Supp. 662) granted, with leave to appellant to apply to this court for permission to file exceptions nunc pro tunc. See, also, 150 N. Y. Supp. 1111.

SCHNEIDER, Respondent, v. FARLEY, State Excise Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Morris Schneider against William W. Farley, as State Excise Commissioner. No opinion. Motion for leave to file exceptions nunc pro tunc (149 N. Y. Supp. 662) granted, on condition that the defendant stipulate to waive the costs and disbursements on appeal. See, also, 150 N. Y. Supp. 1111.

SCHWARTZ, Appellant, v. CARBONDALE KNITTING MILLS et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 18. 1914.) Action by Nathan Schwartz against the Carbondale Knitting Mills and others.

PER CURIAM. Judgment affirmed, with costs.

CARR, J., not voting.

SEATON v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by Clarence Seaton against the Lehigh Valley Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.